

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BIGGS, #1027768 | )<br>) |
| Plaintiff, | ) 3:10-cv-00339-ECR-RAM |
| vs. | ) **ORDER** |
| DEBRA BROOKS, | ) |
| Defendant. | ) |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 23, 2010, the court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint within thirty days (docket #8). The order was served on plaintiff at his address of record. Plaintiff's amended complaint was due on September 23, 2010.

More than the allotted time has elapsed and plaintiff has not filed an amended complaint. Plaintiff filed a motion for counsel on September 23, 2010 (docket #11), which the court denied (docket #13). In plaintiff's motion, he indicates that due to being held in lockdown he has had difficulty filing his amended complaint. Therefore, the court will grant plaintiff an extension of time; plaintiff shall file his amended complaint within twenty (20) days of entry of this Order.

**IT IS THEREFORE ORDERED** that plaintiff will have **twenty (20) days** from the date that this Order is entered to file his amended complaint in conformance with the court's order dated August 23, 2010 (docket #8).

**IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file an amended complaint in compliance with this order, this action may be immediately dismissed.

DATED: October 13, 2010.

_____
UNITED STATES MAGISTRATE JUDGE