UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES BIGGS,  
    #1027768

    Plaintiff,                      3:10-cv-00339-ECR-RAM

vs.

                                            **ORDER**

DEBRA BROOKS,

    Defendant.

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 23, 2010, the court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint within thirty days (docket #8). While plaintiff's amended complaint was originally due on September 23, 2010, the court granted plaintiff an extension of up to November 2, 2010 to file his amended complaint (*see* docket #14). Plaintiff was expressly warned that failure to file an amended complaint would result in the dismissal of this action.

More than the allotted time has elapsed and plaintiff has not filed an amended complaint. Accordingly, this action is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that defendant's motion to extend time (docket #4) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 15th day of November, 2010.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE